#F08471

ORIGINAL

ECF

FILED
AUG 2 1 2003
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, Plaintiff, v. THE UNITED STATES of AMERICA, Defendant. | No. 03-1962C |

COMPLAINT

Plaintiff, Information Systems & Networks Corporation ("plaintiff" or "ISN"), by its undersigned attorneys, as and for its Complaint, alleges as follows, based on personal knowledge as to its own actions and upon information and belief as to the actions of others. For those matters alleged based on ISN's information and belief, such matters are based upon, among other things, the investigation of ISN's attorneys, publicly available documents, and other documents presently available to ISN and its attorneys.

Nature of Action

ISN brings this action to appeal the Administrative Contracting Officers ("ACO") deemed denied decision on two (2) Contract Disputes Act ("CDA") claim filed with the ACO on June 10, 2003 and on June 11, 2003. The June 10, 2003 certified

claim was for state tax costs incurred for FY 1985-2000 based on revenue derived by ISN from negotiated fixed-price contract. The CDA claim filed June 11, 2003 was a certified claim for state tax costs incurred for FY 1985-2000 based on loss of profit from cost reimbursement and time and materials contracts. Pursuant to the Opinion in the case of Information Systems & Networks Corporation v. The United States, No. 98-663C, United States Court of Federal Claims ("the Case"), filed November 30, 2000 ("the Decision"), the Defendant is obligated to reimburse ISN for the necessary expenditure ISN makes and has made to ensure the payment of its incurred state income taxes by its stockholder on ISN revenue. Subsequent to the filing of the two CDA claims, the ACO advised ISN that it would make a decision on both CDA claims "not later than December 20, 2003." On August 13, 2003, ISN then advised the ACO that taking more than four months to reach a final decision on two issues the Defendant had previously objected to in the Case was unreasonable and violated the applicable Federal Acquisition Regulations. ISN demanded a final decision by August 18, 2003. The ACO has failed to issue a final decision and accordingly, both CDA claims are deemed denied.

Background

In 1995, ISN filed a certified claim under the CDA for reimbursement by the Defendant for state taxes paid by its stockholder for FY 1985-1991 on ISN revenue. Thereafter, there were a series of meetings and discussions between ISN and the Defendant on this subject. On April 16, 1998, a Final Decision was rendered by the ACO settling the issue and controversy with respect to state income taxes, denying to ISN reimbursement by the Defendant of state income taxes paid by its stockholder, treating these costs as unallowable, unallocable, and unreasonable claimed costs. As a result, ISN filed a case styled Information Systems & Networks Corporation v. The United States, Case No. 98-663C in the United States Court of Federal Claims (previously "the Case"), in part, asking for declaratory judgment from the Court that payment of state income tax by its sole stockholder on behalf of ISN, a Subchapter S Corporation, was a reimbursable, allowable cost under FAR in that such payment should be allowed to be included in ISN's indirect rate cost pool for the contracts performed by ISN for the Defendant. On cross-motions for summary judgment on the issue of liability only, the Decision of the Court filed on November 30, 2000 ("the Decision") awarded ISN reimbursement of state taxes paid to its

stockholder. The Court determined that it had jurisdiction over taxes paid in FY 1985-1991.

Pursuant to the Decision, ISN then filed a Motion for Summary Judgment on damages on November 15, 2001 in the Case. In that Motion, ISN argued, inter alia, that the Court should exercise jurisdiction over ISN's state tax reimbursement claim for FY 1992-2000 as well as because the Decision on ISN's relief from the Complaint in the Case established ISN's entitlement to reimbursement of state tax costs for those years. ISN requested the Court to frame the final judgment consistent with the Decision to include FY 1992-2000. The Court then denied ISN's Motion for Summary Judgment, in part, holding that it would not consider ISN's damage claim for FY 1992-2000 because ISN had not filed a certified claim for those years under the CDA.

On July 1, 2002, ISN filed a CDA claim for FY 1992-2000. Subsequently, when the ACO did not issue a final decision on that claim, ISN filed a Motion to Amend the Complaint in the case to add its state tax cost claimed for FY 1992-2000. The Court granted ISN's Motion. ISN then filed an Amended Complaint including its damages for FY 1992-2000.

## Jurisdiction

1. This Court has jurisdiction in that the present causes of action arise from the deemed denial by the cognizant

Administrative Contracting Officer ("ACO") of two Contract Dispute Act ("CDA") claims. Thus, jurisdiction lies in this Court pursuant to 28 U.S.C. § 1491(a)(1)(2), the Contract Disputes of 1978 (as amended) 41 U.S.C. §§ 601 et seq. as well as FAR 52.216-7(d)(5). The cognizant ACO has failed to issue a final decision within the prescribed time period pursuant to FAR 33.211 and the Contract Disputes Act of 1978 (as amended), 41 U.S.C. §§ 601 et seq. Failure by the ACO to issue a decision on these two contract claims within the required period of time is considered a decision denying the claim.

The Parties

2. Plaintiff ISN is a small business incorporated under the laws of the State of Maryland having its corporate headquarters located at 10411 Motor City Drive, Bethesda, MD 20817. ISN is an experienced company in the field of computer/telecommunication/security systems integration engineering and has been since its inception in 1980. ISN provides services and supplies the various agencies of the Department of Defense and the United States Government as well as two commercial clients.

3. Upon information and belief, Defendant is the Government of the United States of America, acting by and through its designated Contracting Officers and authorized

representatives, including the Defense Logistics Agency, the Defense Contract Management Command, Baltimore at all relevant times herein.

Factual Allegations

4. On March 6, 2003, ISN filed a Motion in Limine to Allow Evidence On Reimbursement of State Income Taxes Paid on Income Derived from Plaintiff's Negotiated Fixed-Priced Contracts ("the Motion"). In the supporting Memorandum to the Motion, ISN argued that during the 16 years in question, the Defendant had entered into various contractual relationships with ISN depending upon its needs. ISN argued that with respect to flexibly price contracts, the defendant entered into cost reimbursement, time-and-materials and various negotiated fixed-price contracts. ISN pointed out that in connection with the negotiated fixed-price contracts, ISN was required to submit cost and pricing data to the Defendant, which was then reviewed for adequacy and reasonableness. This cost and pricing data included ISN's indirect cost rates. The DCAA would uniformly disallow the indirect cost rates which included the state tax cost in the negotiated firm fixed-price contracts. Thus, the revenue from the negotiated fixed-price contracts while creating a state tax liability to the ISN stockholder, was not subsidized by the negotiated fixed-price contract revenue. Thus ISN

concluded that it was entitled to claim state tax cost reimbursement on the firm fixed-price contract revenue and that such a claim was reasonable and identical to its claim under the cost reimbursement and time-and-materials contracts. The Motion requested the Court to allow ISN to present evidence on the revenue and state tax cost incurred and derived from the negotiated firm fixed-price contracts.

5. On May 13, 2003, the Pre-Trial Conference in the Case was held. At that time, the Court denied the Motion. In denying the Motion, the Court found that the issue of ISN's entitlement to state tax costs on negotiated fixed-price contract revenue was not a part of ISN's damages case in the Case because it has not been raised in its original CDA claim (or amended CDA claim regarding FY 1992-2000). In response to the Motion, the Defendant had argued that ISN had not raised the issue of entitlement to state taxes paid on income derived from ISN's negotiated fixed-price contracts and therefore the Court had no jurisdiction over such a claim. The Court agreed with the Defendant's position.

6. ISN has filed with the Defendant a loss of profit claim on the various contracts during the period FY 1985-2000. ISN claims that in reviewing each of the contracts during this

period, it loss profit because state taxt costs were disallowed from its general and administrative costs pool.

COUNT I.

(Judgment For State Costs Incurred on Negotiated Fixed-Price Contracts)

7. ISN repeats and realleges paragraphs one through five of this Complaint as it fully set forth herein.

8. Attached to this Complaint as Exhibit A & B are ISN's cash basis state tax reimbursement claim related to revenue derived from negotiated fixed-price contracts for FY 1995-1991 (Exhibit A) and FY 1992-1999 (Exhibit B).

9. Also attached to this Complaint as Exhibit C & D are ISN's accrual-based state tax claim on revenue derived solely from negotiated fixed-price contracts for FY 1995-1991 (Exhibit C) and FY 1992-1999 (Exhibit D).

10. On a cash basis claim, ISN claims state tax cost reimbursement for FY 1985-91 of at least $1,836,011 and for FY 1992-2000 ISN claims at least $1,114,990 for a total cash basis claim of at least $2,951,001.

11. On an accrual-based claim, ISN claims state tax cost for FY 1985-1991 of $3,533,122 and for FY 1992-2000, ISN claims $1,291,333. ISN claims a total accrual based claim of at least $4,824,455.

12. Dependent upon what methodology is approved by the Court in the Case, ISN seeks judgment on either of these claims pursuant to the decision reached by the Court in the Case.

COUNT II.

(Judgment for Loss of Profit Due to Non-Reimbursement of State Tax Costs)

13. ISN repeats and realleges paragraphs one through 12 as it fully set forth herein.

14. The amount of the allowable and agreed profit on the various contracts during the period FY 1985-2000 is directly dependent upon all of ISN's costs incurred on the contracts, including general and administrative costs which would include state tax costs. The agreed upon profit margin, for example, 10%, is then calculated against the total costs of a particular contract. Thus, if a particular contract includes state tax costs, the amount of the profit is proportionately greater. If state tax costs are disallowed as an allowable cost, then the amount of the profit is proportionately less.

15. ISN claims that for each of the contracts during the period 1985-2000, it lost profit because state tax costs were disallowed from its general and administrative cost pool. If the contract revenue is analyzed based on a cash basis, then ISN's loss of profit claim for FY 1985-1991 is $1,675,519. If

analyzed utilizing the accrual-based claim, the loss of profit is $1,805,225. With respect to FY 1992-2000 on a cash basis, the loss of profit claim is $1,073,674. On an accrual-based claim, the loss of profit is $1,063,815.

16. ISN's loss of profit claim due to the failure of the Defendant to reimburse ISN its state tax cost on the contracts, utilizing the cash basis, is at least $2,749,193. ISN's total claim utilizing the accrual-based methodology is at least $2,869,040.

17. ISN seeks judgment in either amounts dependent upon the Court's decision in the case regarding the type of methodology that ISN is entitled to utilize in calculating its damages.

WHEREFORE, the premises considered, Plaintiff, Information Systems & Networks Corporation, respectfully demands judgment against the Defendant:

(a) On Count I, if calculated on a cash basis, for at least $2,951,001 and if calculated on the accrual basis at least $4,824,455;

(b) On Count II, if calculated on a cash basis, at least $2,749,200 for loss of profit and if calculated on an accrual basis, at least $2,869,000;

(c) On the amount of the judgment in Counts I and II, appropriate Contract Disputes Act interest;

(d) On Counts I and II appropriate Prompt Payment Act interest;

(e) For attorneys fees, costs and expenses in the amount to be determined at trial; and

(f) For such other further relief as this Court may deem proper.

Dated: August 20, 2003

INFORMATION SYSTEMS & NETWORKS CORPORATION

By Counsel
SINGER & ASSOCIATES, P.C.

NORMAN H. SINGER, Esquire
BENJAMIN M. KAHRL, ESQ.
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400/(301) 469-0403 fax

(c) On the amount of the judgment in Counts I and II, appropriate Contract Disputes Act interest;

(d) On Counts I and II appropriate Prompt Payment Act interest;

(e) For attorneys fees, costs and expenses in the amount to be determined at trial; and

(f) For such other further relief as this Court may deem proper.

Dated: August 20, 2003

INFORMATION SYSTEMS & NETWORKS CORPORATION

By Counsel
SINGER & ASSOCIATES, P.C.

NORMAN H. SINGER, Esquire
BENJAMIN M. KAHRL, Esq.
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400/(301) 469-0403 fax

PLAINTIFF'S EXHIBIT A

## SECTION II

## PART A

## STATE TAX AMOUNTS (BASED ON CASH BASIS NET INCOME) for GOVERNMENT RELATED CONTRACTS

## (NEGOTIABLE FIXED PRICE CONTRACTS)

| YEAR | | CASH BASIS NET INCOME derived from GAAP INCOME (See Exhibit 24, Part 2) | | PRO-FORMA RETURNS EXCLUDING PERSONAL DEDUCTIONS (See Exhibits 41, 43, 45, 47, 49, 51, 53) | FEDERAL GOVERNMENT PARTICIPATION (See Exhibit 100) | | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO FEDERAL GOVERNMENT CONTRACTS |
|---|---|---|---|---|---|---|---|
| **1985** | $ | 713,227 | $ | 55,701 | 21.47% | $ | 11,959.00 |
| **1986** | $ | 1,570,000 | $ | 123,044 | 45.69% | $ | 56,218.80 |
| **1987** | $ | 1,275,000 | $ | 99,857 | 43.57% | $ | 43,507.69 |
| **1988** | $ | 3,556,234 | $ | 279,144 | 37.92% | $ | 105,851.40 |
| **1989** | $ | 1,010,000 | $ | 79,028 | 39.84% | $ | 31,484.76 |
| **1990** | $ | 8,576,000 | $ | 673,716 | 33.41% | $ | 225,088.52 |
| **1991** | $ | 752,000 | $ | 58,749 | 53.57% | $ | 31,471.84 |
| TOTAL | **$** | **17,452,461** | **$** | **1,369,239.00** | | **$** | **505,582.02** |

SECTION II

PART B

## ISN's ADDITIONAL EXPENDITURES

**For payment of STATE TAXES BY SHAREHOLDER**

***Given to Shareholder*** **AS DISTRIBUTION OF PROFITS, NOT AS TAX RE-IMBURSEMENT**

| | | ISN's INCREASED EXPENDITURES | | | | |
|---|---|---|---|---|---|---|
| YEAR | SHAREHOLDER'S STATE TAX LIABILITY FROM GOVERNMENT CONTRACTS (See Part A) | INCREASED TAXES FEDERAL % | INCREASED TAXES FEDERAL $ | INCREASED TAXES STATE % | INCREASED TAXES STATE $ | SUBTOTAL ISN's INCREASED EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER |
| **1985** | $ 11,959.00 | 50.00% | $ 5,979.50 | 7.50% | $ 896.93 | $ 6,876.43 |
| **1986** | $ 56,218.80 | 50.00% | $ 28,109.40 | 7.50% | $ 4,216.41 | $ 32,325.81 |
| **1987** | $ 43,507.69 | 38.50% | $ 16,750.46 | 7.50% | $ 3,263.08 | $ 20,013.54 |
| **1988** | $ 105,851.40 | 33.00% | $ 34,930.96 | 7.50% | $ 7,938.86 | $ 42,869.82 |
| **1989** | $ 31,484.76 | 33.00% | $ 10,389.97 | 7.50% | $ 2,361.36 | $ 12,751.33 |
| **1990** | $ 225,088.52 | 33.00% | $ 74,279.21 | 7.50% | $ 16,881.64 | $ 91,160.85 |
| **1991** | $ 31,471.84 | 31.00% | $ 9,756.27 | 7.50% | $ 2,360.39 | $ 12,116.66 |
| TOTAL | **$ 505,582.02** | | **$ 180,195.78** | | **$ 37,918.65** | **$ 218,114.43** |

**Federal Tax Rates**
**See Exhibits 73-79**

**State Tax Rates**
**See Exhibit 80A**

**SECTION II**

**PART C-1**

**LOSS OF PROFIT DUE TO STATE TAX DISALLOWANCES ON FEDERAL CONTRACTS**

**DCAA's RECLASSIFIED AND DISALLOWED EXPENSES TO NET INCOME**

**per DCAA AUDIT REPORTS**

| YEAR | DCAA RECLASSIFIED AND DISALLOWED AMOUNTS TO NET INCOME (See Exhibits 58-60-62-64-66-68-70) | DISALLOWED STATE TAX AMOUNTS (See Part A) | SUBTOTAL RECLASSIFIED AND DISALLOWED | LOSS OF PROFITS ON FEDERAL CONTRACTS (For Profit % See Part C-2) | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Note Below) |
|---|---|---|---|---|---|
| 1985 | $ 393,296.00 | $ 11,959.00 | $ 407,240.00 | $ 42,067.89 | $ 120,898.92 |
| 1986 | $ 364,638.00 | $ 56,218.80 | $ 422,842.80 | $ 46,808.70 | $ 123,542.20 |
| 1987 | $ 398,338.00 | $ 43,507.69 | $ 443,832.69 | $ 53,082.39 | $ 130,051.86 |
| 1988 | $ 621,004.00 | $ 105,851.40 | $ 728,843.40 | $ 97,810.78 | $ 224,270.35 |
| 1989 | $ 1,279,270.21 | $ 31,484.76 | $ 1,312,743.97 | $ 188,378.76 | $ 401,793.06 |
| 1990 | $ 916,314.40 | $ 225,088.52 | $ 1,143,392.92 | $ 165,563.29 | $ 328,676.25 |
| 1991 | $ 900,136.00 | $ 31,471.84 | $ 933,598.84 | $ 131,077.28 | $ 244,026.57 |
| TOTAL | $ 4,872,996.61 | $ 505,582.02 | $ 5,392,494.63 | $ 724,789.10 | $ 1,573,259.19 |

Note: This inflationary Adjustment is lowwer than the Department of Labor Consumer Price Index (CPI) increase over the same period of time.
See Part E-2 and E-4 for rates used.

**SECTION II**
**PART C-2**

**TABLE OF PROFIT PERCENTAGES 1985-91**
**BASED ON GAAP NET INCOME & DCAA's RECLASSIFICATIONS**

| YEAR | NEGOTIATED FIRM FIXED PRICE CONTRACTS (BASED ON GAAP INCOME) | T&M CONTRACTS (BASED ON GAAP INCOME) | CPFF CONTRACTS (BASED ON GAAP INCOME) | SUBTOTAL (BASED ON GAAP INCOME) | DCAA's RECLASSIFICATIONS TO NET INCOME | PROFIT $ | PROFIT % |
|---|---|---|---|---|---|---|---|
| 1985 REVENUE | $ 5,433,093.00 | $ 4,185,751.02 | $ 7,912,715.23 | $ 17,531,559.25 | | | |
| 1985 Profit | $ 651,971.16 | $ 565,076.39 | $ 593,453.64 | $ 1,810,501.19 | $ 393,296.00 | $2,203,797.19 | 10.33% |
| 1986 REVENUE | $ 9,867,509.74 | $ 844,160.45 | $ 13,334,748.81 | $ 24,046,419.00 | | | |
| 1986 Profit | $ 1,184,101.17 | $ 113,961.66 | $ 1,000,106.16 | $2,298,168.99 | $ 364,638.00 | $2,662,806.99 | 11.07% |
| 1987 REVENUE | $ 15,747,417.24 | $5,821,286.72 | $11,095,119.39 | $ 32,663,823.35 | | | |
| 1987 Profit | $ 1,889,690.07 | $ 785,873.71 | $ 832,133.95 | $ 3,507,697.73 | $ 398,338.00 | $3,906,035.73 | 11.96% |
| 1988 REVENUE | $ 18,173,686.56 | $ 12,174,590.54 | $13,442,803.26 | $ 43,791,080.36 | | | |
| 1988 Profit | $ 2,180,842.39 | $ 1,460,950.87 | $ 1,613,136.39 | $ 5,254,929.64 | $ 621,004.00 | $5,875,933.64 | 13.42% |
| 1989 REVENUE | $ 21,007,669.39 | $ 12,027,512.60 | $9,964,596.79 | $ 42,999,778.78 | | | |
| 1989 Profit | $ 2,520,920.33 | $ 1,623,714.20 | $ 747,344.76 | $ 4,891,979.29 | $ 1,279,270.00 | $6,171,249.29 | 14.35% |
| 1990 REVENUE | $ 12,126,916.33 | $ 10,959,799.12 | $7,271,099.70 | $ 30,357,815.16 | | | |
| 1990 Profit | $ 1,455,229.96 | $ 1,479,572.88 | $ 545,332.48 | $ 3,480,135.32 | $ 916,314.00 | $4,396,449.32 | 14.48% |
| 1991 REVENUE | $ 15,848,727.54 | $ 6,082,827.80 | $8,324,215.45 | $ 30,255,770.79 | | | |
| 1991 Profit | $ 1,901,847.30 | $ 821,181.75 | $ 624,316.16 | $ 3,347,345.22 | $ 900,136.00 | $4,247,481.22 | 14.04% |

## SECTION II

## PART D-1

### PAYMENTS for STATE TAX TO SHAREHOLDER
### based on CONVERSION OF ISN's GAAP INCOME TO CASH BASIS INCOME

| YEAR | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO GOVERNMENT CONTRACTS (see Part A) | SUBTOTAL ISN's ADDITIONAL EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER (See Part B) | STATE TAX PAYMENTS TO SHAREHOLDER 1985-91 |
|---|---|---|---|
| 1985 | $ 11,959.00 | $ 6,876.43 | $ 18,835.43 |
| 1986 | $ 56,218.80 | $ 32,325.81 | $ 88,544.62 |
| 1987 | $ 43,507.69 | $ 20,013.54 | $ 63,521.23 |
| 1988 | $ 105,851.40 | $ 42,869.82 | $ 148,721.22 |
| 1989 | $ 31,484.76 | $ 12,751.33 | $ 44,236.08 |
| 1990 | $ 225,088.52 | $ 91,160.85 | $ 316,249.36 |
| 1991 | $ 31,471.84 | $ 12,116.66 | $ 43,588.50 |
| **TOTAL** | **$ 505,582.02** | **$ 218,114.43** | **$ 723,696.45** |

**SECTION II**

**PART D-2**

**PROOF OF PAYMENT**
**for STATE TAX REIMBURSEMENTS TO SHAREHOLDER**
**ON SHAREHOLDER'S W-2s AS COMPENSATION**

| YEAR | | SHAREHOLDER'S W-2 COMPENSATION (See Exhibits 90-97) | | STATE TAX AMOUNTS PAID AS DISTRIBUTION OF PROFITS, BY ISN TO SHAREHOLDER (See Part D-1) |
|---|---|---|---|---|
| **1985** | $ | 479,453.60 | $ | 18,835.43 |
| **1986** | $ | 512,711.04 | $ | 88,544.62 |
| **1987** | $ | 554,311.20 | $ | 63,521.23 |
| **1988** | $ | 878,777.36 | $ | 148,721.22 |
| **1989** | $ | 680,361.76 | $ | 44,236.08 |
| **1990** | $ | 710,295.84 | $ | 316,249.36 |
| **1991** | $ | 767,446.08 | $ | 43,588.50 |
| TOTAL | **$** | **4,583,356.88** | **$** | **723,696.45** |

## SECTION II

## PART E-1

## CASH BASIS STATE TAX AMOUNTS WITH PROMPT PAYMENT ACT (PPA) INTEREST

| YEAR | STATE TAX PAYMENTS TO SHAREHOLDER (See Part D-1) | CUMULATIVE INTEREST UNDER PPA UNTIL SEPT 1995 (See Part E-2) | PPA INTEREST AMOUNT UNTIL SEPTEMBER 1995 | STATE TAX WITH PPA INTEREST |
|---|---|---|---|---|
| **1985** | $ 18,835.43 | 139.26% | $ 26,230.22 | $ 45,065.66 |
| **1986** | $ 88,544.62 | 115.80% | $ 102,534.66 | $ 191,079.28 |
| **1987** | $ 63,521.23 | 96.87% | $ 61,533.02 | $ 125,054.25 |
| **1988** | $ 148,721.22 | 81.16% | $ 120,702.15 | $ 269,423.37 |
| **1989** | $ 44,236.08 | 65.16% | $ 28,824.23 | $ 73,060.31 |
| **1990** | $ 316,249.36 | 50.39% | $ 159,358.05 | $ 475,607.42 |
| **1991** | $ 43,588.50 | 38.04% | $ 16,581.06 | $ 60,169.56 |
| TOTAL | **$ 723,696.45** | | **$ 515,763.40** | **$ 1,239,459.85** |

**NOTE: Additional $5000 penalty per invoice as per 5CFR Section 1311, to be added**

**SECTION II**
**PART E-2**

## ESTIMATE OF PPA INTEREST
**for amounts withheld from ISN Federal Government Invoices**
**Over Fiscal Years 1985 -1995**

| YEAR | MONTHS | PUBLISHED TREASURY INTEREST RATE PER DCAA WEBSITE * (See Attached Rates from DCAA website) | CALCULATED 6 MONTH RATE | CUMULATIVE PPA INTEREST | AVERAGE |
|---|---|---|---|---|---|
| 1985 | Jan - June | 12.125% | 6.0625% | **146.4771%** | 139.26% |
| | July - Dec | 10.375% | 5.1875% | 132.0489% | |
| 1986 | Jan - June | 8.500% | 4.2500% | 120.3674% | 115.80% |
| | July - Dec | 9.750% | 4.8750% | 111.2297% | |
| 1987 | Jan - June | 8.875% | 4.4375% | 101.2188% | 96.87% |
| | July - Dec | 7.625% | 3.8125% | 92.5164% | |
| 1988 | Jan - June | 9.250% | 4.6250% | 85.3372% | 81.16% |
| | July - Dec | 9.375% | 4.6875% | 76.9919% | |
| 1989 | Jan - June | 9.125% | 4.5625% | 68.9177% | 65.16% |
| | July - Dec | 9.750% | 4.8750% | 61.4118% | |
| 1990 | Jan - June | 9.000% | 4.5000% | 53.7620% | 50.39% |
| | July - Dec | 8.500% | 4.2500% | 47.0208% | |
| 1991 | Jan - June | 8.375% | 4.1875% | 40.9244% | 38.04% |
| | July - Dec | 8.500% | 4.2500% | 35.1647% | |
| 1992 | Jan - June | 6.875% | 3.4375% | 29.5600% | 27.38% |
| | July - Dec | 7.000% | 3.5000% | 25.1943% | |
| 1993 | Jan - June | 6.500% | 3.2500% | 20.9006% | 18.97% |
| | July - Dec | 5.625% | 2.8125% | 17.0448% | |
| 1994 | Jan - June | 5.500% | 2.7500% | 13.8062% | 12.27% |
| | July - Dec | 7.000% | 3.5000% | 10.7261% | |
| 1995 | Jan - June | 8.125% | 4.0625% | 6.9286% | 4.81% |
| | July - Dec | 6.375% | 1.0625% | 2.6858% | |

* Link from www.dcaa.mil website for cost of money

**SECTION II**

**PART E-3**

**CASH BASIS STATE TAX AMOUNTS**

**WITH PROMPT PAYMENT ACT (PPA) AND CONTRACTS DISPUTES ACT (CDA) INTEREST**

**PPA INTEREST FROM INCEPTION TO SEPTEMBER 1995; CDA INTEREST FROM SEPT 1995 TO JUNE 2003**

| YEAR | STATE TAX WITH PPA INTEREST THROUGH SEPT 1995 (See Part E-1) | INTEREST UNDER CDA THROUGH JUNE 2003 (See Part E-4) | CDA INTEREST AMOUNT | STATE TAX AMOUNTS WITH PPA & CDA INTEREST FOR 1985-91 |
|---|---|---|---|---|
| **1985** | $ 45,065.66 | 48.13% | $ 21,690.10 | $ 66,755.76 |
| **1986** | $ 191,079.28 | 48.13% | $ 91,966.46 | $ 283,045.74 |
| **1987** | $ 125,054.25 | 48.13% | $ 60,188.61 | $ 185,242.87 |
| **1988** | $ 269,423.37 | 48.13% | $ 129,673.47 | $ 399,096.84 |
| **1989** | $ 73,060.31 | 48.13% | $ 35,163.93 | $ 108,224.24 |
| **1990** | $ 475,607.42 | 48.13% | $ 228,909.85 | $ 704,517.27 |
| **1991** | $ 60,169.56 | 48.13% | $ 28,959.61 | $ 89,129.17 |
| **TOTAL** | **$ 1,239,459.85** | | **$ 596,552.03** | **$ 1,836,011.88** |

# SECTION II

## PART E-4

### CALCULATION OF CDA INTEREST

**For amounts witheld FOR STATE TAXES ON CASH BASIS**

**from Sept. 1995 (Date of CDA Claim) to June 2003**

| YEAR | MONTHS | PUBLISHED TREASURY ANNUAL INTEREST RATE | CALCULATED 6-MONTH RATE | CUMULATIVE CDA INTEREST |
|---|---|---|---|---|
| 1995 | Sept - Dec | 6.375% | 2.1250% | **48.1250%** |
| 1996 | Jan - June | 5.875% | 2.9375% | 46.0000% |
| | July - Dec | 7.000% | 3.5000% | 43.0625% |
| 1997 | Jan - June | 6.375% | 3.1875% | 39.5625% |
| | July - Dec | 6.750% | 3.3750% | 36.3750% |
| 1998 | Jan - June | 6.250% | 3.1250% | 33.0000% |
| | July - Dec | 6.000% | 3.0000% | 29.8750% |
| 1999 | Jan - June | 5.000% | 2.5000% | 26.8750% |
| | July - Dec | 6.500% | 3.2500% | 24.3750% |
| 2000 | Jan - June | 6.750% | 3.3750% | 21.1250% |
| | July - Dec | 7.250% | 3.6250% | 17.7500% |
| 2001 | Jan - June | 6.375% | 3.1875% | 14.1250% |
| | July - Dec | 5.875% | 2.9375% | 10.9375% |
| 2002 | Jan - June | 5.500% | 2.7500% | 8.0000% |
| | July - Dec | 5.250% | 2.6250% | 5.2500% |
| 2003 | Jan - June | 5.250% | 2.6250% | 2.6250% |

## SECTION II
## PART F

## SUMMARY
## CASH BASIS STATE TAXES FOR 1985-1991 WITH LOST PROFIT AMOUNTS

| YEAR | STATE TAX AMOUNTS ON CASH BASIS INCLUDING PPA & CDA INTEREST FOR 1985-1991 (See Part E-3) | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Part C-1) | STATE TAX AMOUNTS ON CASH BASIS INCLUDING INTERESTS AND LOST PROFIT AMOUNTS 1985-1991 |
|---|---|---|---|
| **1985** | $ 66,755.76 | $ 120,898.92 | $ 187,654.67 |
| **1986** | $ 283,045.74 | $ 123,542.20 | $ 406,587.94 |
| **1987** | $ 185,242.87 | $ 130,051.86 | $ 315,294.72 |
| **1988** | $ 399,096.84 | $ 224,270.35 | $ 623,367.19 |
| **1989** | $ 108,224.24 | $ 401,793.06 | $ 510,017.29 |
| **1990** | $ 704,517.27 | $ 328,676.25 | $ 1,033,193.52 |
| **1991** | $ 89,129.17 | $ 244,026.57 | $ 333,155.74 |
| **TOTAL** | **$ 1,836,011.88** | **$ 1,573,259.19** | **$ 3,409,271.07** |

**SECTION II**

**PART A**

**STATE TAX AMOUNT (BASED ON CASH BASIS NET INCOME)**
**for GOVERNMENT RELATED CONTRACTS**
**(NEGOTIABLE FIXED PRICE CONTRACTS)**

| YEAR | CASH BASIS NET INCOME derived from GAAP INCOME (See Exhibit 125, Part 2) | PRO-FORMA RETURNS EXCLUDING PERSONAL DEDUCTIONS (See Exhibits 140,142,144,146, 148, 149 &150) | FEDERAL GOVERNMENT PARTICIPATION (See Exhibit 174) | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO FEDERAL GOVERNMENT CONTRACTS |
|---|---|---|---|---|
| 1992 | 3,703,000 | $ 290,697 | 39.95% | $ 116,133.45 |
| 1993 | 934,000 | $ 73,055 | 26.38% | $ 19,271.91 |
| 1994 | 1,301,000 | $ 101,900 | 39.74% | $ 40,495.06 |
| 1995 | 3,014,000 | $ 236,543 | 22.66% | $ 53,600.64 |
| 1996 | 994,634 | $ 77,821 | 9.36% | $ 7,284.05 |
| 1997 | 1,071,000 | $ 83,822 | 10.75% | $ 9,010.87 |
| 1999 | 1,073,000 | $ 58,749 | 5.89% | $ 3,460.32 |
| **TOTAL** | **12,090,634** | **$ 922,587.00** | | **$ 249,256.29** |

PLAINTIFF'S EXHIBIT 32

**SECTION II**

**PART B**

**ISN's ADDITIONAL EXPENDITURES**

**For payment of STATE TAXES BY SHAREHOLDER**

**Given to Shareholder AS DISTRIBUTION OF PROFITS, NOT AS A TAX RE-IMBURSEMENT**

| YEAR | SHAREHOLDER'S STATE TAX LIABILITY FROM ISN'S GOVT CONTRACTS (See Part A) | ISN's INCREASED EXPENDITURES: INCREASED TAXES FEDERAL % | INCREASED TAXES FEDERAL $ | INCREASED TAXES STATE % | INCREASED TAXES STATE $ | SUBTOTAL ISN's INCREASED EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER |
|---|---|---|---|---|---|---|
| 1992 | $ 116,133.45 | 31.00% | $ 36,001.37 | 7.75% | $ 9,000.34 | $ 45,001.71 |
| 1993 | $ 19,271.91 | 39.60% | $ 7,631.68 | 8.00% | $ 1,541.75 | $ 9,173.43 |
| 1994 | $ 40,495.06 | 39.60% | $ 16,036.04 | 8.00% | $ 3,239.60 | $ 19,275.65 |
| 1995 | $ 53,600.64 | 39.60% | $ 21,225.85 | 8.00% | $ 4,288.05 | $ 25,513.91 |
| 1996 | $ 7,284.05 | 39.60% | $ 2,884.48 | 8.00% | $ 582.72 | $ 3,467.21 |
| 1997 | $ 9,010.87 | 39.60% | $ 3,568.30 | 8.00% | $ 720.87 | $ 4,289.17 |
| 1999 | $ 3,460.32 | 39.60% | $ 1,370.29 | 7.80% | $ 269.90 | $ 1,640.19 |
| **TOTAL** | **$ 249,256.29** | | **$ 88,718.01** | | **$ 19,643.25** | **$ 108,361.26** |
| | | **Federal Tax Rates** See Exhibits 208-215 | | **State Tax Rates** See Exhibit 215A | | |

**SECTION II**

**PART C-1**

## LOSS OF PROFIT DUE TO STATE TAX DISALLOWANCES ON FEDERAL CONTRACTS
## DCAA's RECLASSIFIED AND DISALLOWED EXPENSES TO NET INCOME
## per DCAA AUDIT REPORTS

| YEAR | DCAA's RECLASSIFIED AMOUNTS TO NET INCOME (See Exhibits 53-55-57-59-61) | DISALLOWED STATE TAX AMOUNTS (See Part A) | SUBTOTAL RECLASSIFIED AND DISALLOWED | LOSS OF PROFITS ON FEDERAL CONTRACTS (For Profit % See Part C-2) | | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Note Below) |
|---|---|---|---|---|---|---|
| 1992 | $ 843,270.00 | $ 116,133.45 | $ 959,403.45 | $ 136,235.29 | | $ 239,106.56 |
| 1993 | $ 814,860.00 | $ 19,271.91 | $ 834,131.91 | $ 123,201.28 | | $ 205,869.34 |
| 1994 | $ 703,896.00 | $ 40,495.06 | $ 744,391.06 | $ 93,495.52 | | $ 149,966.81 |
| 1995 | $ 1,485,638.00 | $ 53,600.64 | $ 1,539,238.64 | $ 244,123.25 | | $ 373,362.10 |
| 1996 | $ 425,296.00 | $ 7,284.05 | $ 432,580.05 | $ 50,655.12 | | $ 73,956.48 |
| 1997 | $ - | $ 9,010.87 | $ 9,010.87 | $ 1,054.27 | EST | $ 1,471.34 |
| 1999 | $ - | $ 3,460.32 | $ 3,460.32 | $ 377.52 | | $ 478.96 |
| **TOTAL** | **$ 4,272,960.00** | **$ 249,256.29** | **$ 4,522,216.29** | **$ 649,142.25** | | **$ 1,044,211.59** |

**NOTE: This inflationary adjustment is lower than the Department of Labor Consumer Price Index (CPI) increase over the same period of time. See E-2 and E-4 for rates used.**

**SECTION III**
**PART C-2**

**TABLE OF PROFIT PERCENTAGES 1992-2000**
**BASED ON GAAP NET INCOME & DCAA"s RECLASSIFICATIONS**

| | BASED ON GAAP NET INCOME | | | | | | |
|---|---|---|---|---|---|---|---|
| YEAR | NEGOTIATED FIRM FIXED PRICE CONTRACTS | T&M CONTRACTS | CPFF CONTRACTS | SUBTOTAL | DCAA's RECLASSIFICATION TO NET INCOME | PROFIT $ | PROFIT % |
| **1992 REVENUE** | $ 13,201,794.94 | $ 5,600,654.11 | $ 7,651,190.13 | $ 26,453,639.18 | | | |
| **1992 Profit** | $ 1,584,215.39 | $ 756,088.30 | $ 573,839.26 | $ 2,914,142.96 | $ 843,270.00 | $ 3,757,412.96 | 14.20% |
| **1993 REVENUE** | $ 7,491,102.55 | $ 7,809,460.42 | $ 6,858,887.47 | $ 22,159,450.44 | | | |
| **1993 Profit** | $ 898,932.31 | $ 1,054,277.16 | $ 514,416.56 | $ 2,467,626.02 | $ 804,860.00 | $ 3,272,486.02 | 14.77% |
| **1994 REVENUE** | $ 16,586,409.00 | $ 3,440,931.99 | $ 12,706,874.49 | $ 32,734,215.48 | | | |
| **1994 Profit** | $ 1,990,369.08 | $ 464,525.82 | $ 953,015.59 | $ 3,407,910.49 | $ 703,896.00 | $ 4,111,806.49 | 12.56% |
| **1995 REVENUE** | $ 8,661,539.49 | $ 4,346,623.23 | $ 12,552,243.74 | $ 25,560,406.46 | | | |
| **1995 Profit** | $ 1,039,384.74 | $ 586,794.14 | $ 941,418.28 | $ 2,567,597.16 | $ 1,485,638.00 | $ 4,053,235.16 | 15.86% |
| **1996 Revenue** | $ 3,156,898.51 | $ 4,917,453.36 | $ 12,403,646.01 | $ 20,477,997.88 | | | |
| **1996 Profit** | $ 378,827.82 | $ 663,856.20 | $ 930,273.45 | $ 1,972,957.48 | $ 425,296.00 | $ 2,398,253.48 | 11.71% |
| **1997 Revenue** | | | | | | | |
| **1997 Profit** | | | | | | | 11.70% ESTIMATE |
| **1999 Revenue** | $ 1,392,329.76 | $ 253,953.98 | $ 638,179.94 | $ 2,284,463.68 | | | |
| **1999 Profit** | $ 167,079.57 | $ 34,283.79 | $ 47,863.50 | $ 249,226.85 | $ - | $ 249,226.85 | 10.91% |

# SECTION II - CASH BASIS
## PART D-1

## PAYMENTS for STATE TAX TO SHAREHOLDER
## based on CONVERSION OF ISN's GAAP INCOME TO CASH BASIS INCOME

| YEAR | | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO GOVERNMENT CONTRACTS (See Part A) | | SUBTOTAL ISN's EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER (See Part B) | | STATE TAX PAYMENTS TO SHAREHOLDER |
|---|---|---|---|---|---|---|
| **1992** | $ | 116,133.45 | $ | 45,001.71 | $ | 161,135.16 |
| **1993** | $ | 19,271.91 | $ | 9,173.43 | $ | 28,445.34 |
| **1994** | $ | 40,495.06 | $ | 19,275.65 | $ | 59,770.71 |
| **1995** | $ | 53,600.64 | $ | 25,513.91 | $ | 79,114.55 |
| **1996** | $ | 7,284.05 | $ | 3,467.21 | $ | 10,751.25 |
| **1997** | $ | 9,010.87 | $ | 4,289.17 | $ | 13,300.04 |
| **1999** | $ | 3,460.32 | $ | 1,640.19 | $ | 5,100.51 |
| TOTAL | **$** | **249,256.29** | **$** | **108,361.26** | **$** | **357,617.5[illegible]** |

**SECTION II - CASH BASIS**

**PART D-2**

**PROOF OF PAYMENT**
**for STATE TAX REIMBURSEMENTS TO SHAREHOLDER**
**ON SHAREHOLDER'S W-2s AS DISTRIBUTIONS**

| YEAR | SHAREHOLDER'S W-2 COMPENSATION (See Exhibits 90-97) | STATE TAX AMOUNTS PAID AS DISTRIBUTION OF PROFITS, BY ISN TO SHAREHOLDER (See Part C) | |
|---|---|---|---|
| **1992** | $ 713,017.28 | $ 161,135.16 | |
| **1993** | $ 711,000.34 | $ 28,445.34 | |
| **1994** | $ 881,774.40 | $ 59,770.71 | |
| **1995** | $ 1,478,861.29 | $ 79,114.55 | |
| **1996** | $ 2,216,229.29 | $ 10,751.25 | |
| **1997** | $ 750,696.00 | $ 13,300.04 | W-2 Estimate |
| **1999** | $ 136,535.84 | $ 5,100.51 | |
| **TOTAL** | **$ 6,888,114.44** | **$ 357,617.55** | |

## SECTION II - CASH BASIS

## PART E-1

### CASH BASIS STATE TAX AMOUNTS
### WITH PROMPT PAYMENT ACT (PPA) INTEREST

| YEAR | STATE TAX PAYMENTS TO SHAREHOLDER (See Part D-1) | CUMULATIVE INTEREST UNDER PPA UNTIL SEPT 1995 Date of CDA Claim (See Part E-2) | PPA INTEREST AMOUNT UNTIL SEPTEMBER 1995 | SUBTOTAL STATE TAX ON CASH BASIS, WITH PPA INTEREST |
|---|---|---|---|---|
| **1992** | $ 161,135.16 | 139.26% | $ 224,396.83 | $ 385,531.99 |
| **1993** | $ 28,445.34 | 115.80% | $ 32,939.70 | $ 61,385.04 |
| **1994** | $ 59,770.71 | 96.87% | $ 57,899.89 | $ 117,670.59 |
| **1995** | $ 79,114.55 | 81.16% | $ 64,209.37 | $ 143,323.92 |
| **1996** | $ 10,751.25 | 65.16% | $ 7,005.52 | $ 17,756.77 |
| **1997** | $ 13,300.04 | 50.39% | $ 6,701.89 | $ 20,001.93 |
| **1999** | $ 5,100.51 | 38.04% | $ 1,940.23 | $ 7,040.74 |
| **TOTAL** | **$ 357,617.55** | | **$ 395,093.42** | **$ 752,710.98** |

**Additional $5000 penalty per invoice as per 5CFR Section 1311, to be added**

## SECTION II - CASH BASIS
## PART E-2

### ESTIMATE OF PPA INTEREST
### for amounts withheld from ISN Federal Government Invoices
### Over Fiscal Years 1985 -1995

| YEAR | MONTHS | PUBLISHED TREASURY INTEREST RATE PER DCAA WEBSITE * (See Attached Rates from DCAA website) | CALCULATED 6 MONTH RATE | CUMULATIVE PPA INTEREST | AVERAGE |
|---|---|---|---|---|---|
| **1985** | **Jan - June** | 12.125% | 6.0625% | **146.4771%** | 139.26% |
| | **July - Dec** | 10.375% | 5.1875% | 132.0489% | |
| **1986** | **Jan - June** | 9.750% | 4.8750% | 120.3674% | 115.80% |
| | **July - Dec** | 8.500% | 4.2500% | 111.2297% | |
| **1987** | **Jan - June** | 7.625% | 3.8125% | 101.2188% | 96.87% |
| | **July - Dec** | 8.875% | 4.4375% | 92.5164% | |
| **1988** | **Jan - June** | 9.375% | 4.6875% | 85.3372% | 81.16% |
| | **July - Dec** | 9.250% | 4.6250% | 76.9919% | |
| **1989** | **Jan - June** | 9.750% | 4.8750% | 68.9177% | 65.16% |
| | **July - Dec** | 9.125% | 4.5625% | 61.4118% | |
| **1990** | **Jan - June** | 8.500% | 4.2500% | 53.7620% | 50.39% |
| | **July - Dec** | 9.000% | 4.5000% | 47.0208% | |
| **1991** | **Jan - June** | 8.375% | 4.1875% | 40.9244% | 38.04% |
| | **July - Dec** | 8.500% | 4.2500% | 35.1647% | |
| **1992** | **Jan - June** | 6.875% | 3.4375% | 29.5600% | 27.38% |
| | **July - Dec** | 7.000% | 3.5000% | 25.1943% | |
| **1993** | **Jan - June** | 6.500% | 3.2500% | 20.9006% | 18.97% |
| | **July - Dec** | 5.625% | 2.8125% | 17.0448% | |
| **1994** | **Jan - June** | 5.500% | 2.7500% | 13.8062% | 12.27% |
| | **July - Dec** | 7.000% | 3.5000% | 10.7261% | |
| **1995** | **Jan - June** | 8.125% | 4.0625% | 6.9286% | 4.81% |
| | **July - Dec** | 6.375% | 1.0625% | 2.6858% | |

1

* Link from www.dcaa.mil website for cost of money

## SECTION II - CASH BASIS

## PART E-3

### CASH BASIS STATE TAX AMOUNTS

### WITH PROMPT PAYMENT ACT (PPA) AND CONTRACTS DISPUTES ACT (CDA) INTEREST

| YEAR | | STATE TAX WITH PPA INTEREST (See Part E1) | INTEREST UNDER CDA THROUGH JUNE 2003 (See Part E-4) | | CDA INTEREST AMOUNT | | SUBTOTAL CASH BASIS STATE TAX AMOUNTS WITH PPA & CDA INTEREST 1992-2000 |
|---|---|---|---|---|---|---|---|
| **1992** | $ | 385,531.99 | 48.13% | $ | 185,556.55 | $ | 571,088.54 |
| **1993** | $ | 61,385.04 | 48.13% | $ | 29,544.62 | $ | 90,929.66 |
| **1994** | $ | 117,670.59 | 48.13% | $ | 56,634.86 | $ | 174,305.45 |
| **1995** | $ | 143,323.92 | 48.13% | $ | 68,981.80 | $ | 212,305.72 |
| **1996** | $ | 17,756.77 | 48.13% | $ | 8,546.33 | $ | 26,303.10 |
| **1997** | $ | 20,001.93 | 48.13% | $ | 9,626.93 | $ | 29,628.85 |
| **1999** | $ | 7,040.74 | 48.13% | $ | 3,388.71 | $ | 10,429.45 |
| TOTAL | **$** | **752,710.98** | | **$** | **362,279.79** | **$** | **1,114,990.77** |

## SECTION II - CASH BASIS
## PART E-4

### CALCULATION OF CDA INTEREST
### For amounts witheld FOR STATE TAXES ON CASH BASIS
### from Sept. 1995 (Date of CDA Claim) to June 2003

| YEAR | MONTHS | PUBLISHED TREASURY ANNUAL INTEREST RATE | CALCULATED 6-MONTH RATE | CUMULATIVE CDA INTEREST |
|---|---|---|---|---|
| 1995 | Sept - Dec | 6.375% | 2.1250% | **48.1250%** |
| 1996 | Jan - June | 5.875% | 2.9375% | 46.0000% |
| | July - Dec | 7.000% | 3.5000% | 43.0625% |
| 1997 | Jan - June | 6.375% | 3.1875% | 39.5625% |
| | July - Dec | 6.750% | 3.3750% | 36.3750% |
| 1998 | Jan - June | 6.250% | 3.1250% | 33.0000% |
| | July - Dec | 6.000% | 3.0000% | 29.8750% |
| 1999 | Jan - June | 5.000% | 2.5000% | 26.8750% |
| | July - Dec | 6.500% | 3.2500% | 24.3750% |
| 2000 | Jan - June | 6.750% | 3.3750% | 21.1250% |
| | July - Dec | 7.250% | 3.6250% | 17.7500% |
| 2001 | Jan - June | 6.375% | 3.1875% | 14.1250% |
| | July - Dec | 5.875% | 2.9375% | 10.9375% |
| 2002 | Jan - June | 5.500% | 2.7500% | 8.0000% |
| | July - Dec | 5.250% | 2.6250% | 5.2500% |
| 2003 | Jan - June | 5.250% | 2.6250% | 2.6250% |

## SECTION III
## PART F

## SUMMARY
## STATE TAX AMOUNTS FOR 1992-1999 WITH LOST PROFIT AMOUNTS

| YEAR | STATE TAX AMOUNTS INCLUDING PPA & CDA INTEREST FOR 1992-1999 (See Part E-3) | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Part C-1) | STATE TAX AMOUNTS ON CASH BASIS INCLUDING INTERESTS AND LOST PROFIT AMOUNTS 1992-1999 |
|---|---|---|---|
| 1992 | $ 571,088.54 | $ 239,106.56 | $ 810,195.10 |
| 1993 | $ 90,929.66 | $ 205,869.34 | $ 296,799.00 |
| 1994 | $ 174,305.45 | $ 149,966.81 | $ 324,272.26 |
| 1995 | $ 212,305.72 | $ 373,362.10 | $ 585,667.82 |
| 1996 | $ 26,303.10 | $ 73,956.48 | $ 100,259.58 |
| 1997 | $ 29,628.85 | $ 1,471.34 | $ 31,100.19 |
| 1999 | $ 10,429.45 | $ 478.96 | $ 10,908.41 |
| **TOTAL** | **$ 1,114,990.77** | **$ 1,044,211.59** | **$ 2,159,202.36** |

SECTION III

PART A

STATE TAX CLAIM (BASED ON GAAP NET INCOME)
for GOVERNMENT RELATED CONTRACTS (See Note 1 Below)
(NEGOTIATED FIXED PRICE)

| YEAR | GAAP NET INCOME (See Exhibits 24 Part 3, See Note 2 below) | PRO-FORMA RETURNS EXCLUDING PERSONAL DEDUCTIONS (See Exhibits 42, 44, 46, 48, 50, 52, 54) | FEDERAL GOVERNMENT PARTICIPATION (See Exhibit 100) | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO FEDERAL GOVERNMENT CONTRACTS |
|---|---|---|---|---|
| 1985 | 2,551,992 | $ 200,228 | 21.47% | $ 42,988.95 |
| 1986 | 3,837,201 | $ 301,246 | 45.70% | $ 137,669.42 |
| 1987 | 4,190,395 | $ 329,007 | 43.58% | $ 143,381.25 |
| 1988 | 5,585,089 | $ 438,630 | 37.92% | $ 166,328.50 |
| 1989 | 4,067,697 | $ 319,363 | 39.83% | $ 127,202.28 |
| 1990 | 2,910,383 | $ 228,398 | 33.41% | $ 76,307.77 |
| 1991 | 5,771,175 | $ 453,256 | 53.47% | $ 242,355.98 |
| **TOTAL** | **$ 28,913,932** | **$ 2,270,128** | | **$ 936,234.16** |

**Note 1: Proper matching of taxable income with the period that the income was derivied, requires usage of accrual methodology i.e. GAAP income.**

**Note 2: Income is reconciled to taxable income on Form 1120S as required by IRS (See Exhibit 24, Part 3)**

PLAINTIFF'S EXHIBIT

## SECTION III

## PART B

### ISN's ADDITIONAL EXPENDITURES
### For payment of STATE TAXES BY SHAREHOLDER
### *Given to shareholder* AS DISTRIBUTION OF PROFITS, NOT AS A TAX-REIMBURSEMENT

| YEAR | SHAREHOLDER'S STATE TAX LIABILITY FROM GOVERNMENT CONTRACTS PART A | INCREASED TAXES FEDERAL % | INCREASED TAXES FEDERAL $ | INCREASED TAXES STATE % | INCREASED TAXES STATE $ | SUBTOTAL ISN's INCREASED EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER. |
|---|---|---|---|---|---|---|
| | | ISN's INCREASED EXPENDITURES | | | | |
| **1985** | $ 42,988.95 | 50.00% | $ 21,494.48 | 7.50% | $ 3,224.17 | $ 24,718.65 |
| **1986** | $ 137,669.42 | 50.00% | $ 68,834.71 | 7.50% | $ 10,325.21 | $ 79,159.92 |
| **1987** | $ 143,381.25 | 38.50% | $ 55,201.78 | 7.50% | $ 10,753.59 | $ 65,955.38 |
| **1988** | $ 166,328.50 | 33.00% | $ 54,888.40 | 7.50% | $ 12,474.64 | $ 67,363.04 |
| **1989** | $ 127,202.28 | 33.00% | $ 41,976.75 | 7.50% | $ 9,540.17 | $ 51,516.92 |
| **1990** | $ 76,307.77 | 33.00% | $ 25,181.56 | 7.50% | $ 5,723.08 | $ 30,904.65 |
| **1991** | $ 242,355.98 | 31.00% | $ 75,130.35 | 7.50% | $ 18,176.70 | $ 93,307.05 |
| **TOTAL** | **$ 936,234.16** | | **$ 342,708.04** | | **$ 70,217.56** | **$ 412,925.61** |
| | | **Federal Tax Rates See Exhibits 73-79** | | **State Tax Rates See Exhibit 80A** | | |

**SECTION III**

**PART C-1**

**LOSS OF PROFIT DUE TO STATE TAX DISALLOWANCES ON FEDERAL CONTRACTS**

**DCAA's RECLASSIFIED AND DISALLOWED EXPENSES TO NET INCOME**

**per DCAA AUDIT REPORTS**

| YEAR | DCAA's RECLASSIFIED AMOUNTS TO NET INCOME (See Exhibits 58-60-62-64-66-68-70) | DISALLOWED STATE TAX AMOUNTS (See Part A) | SUBTOTAL RECLASSIFIED AND DISALLOWANCES | LOSS OF PROFITS ON FEDERAL CONTRACTS (For Profit % See Part C-2) | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Note Below) |
|---|---|---|---|---|---|
| 1985 | $ 393,296.00 | $ 42,988.95 | $ 436,284.95 | $ 45,068.24 | $ 129,521.60 |
| 1986 | $ 364,638.00 | $ 137,669.42 | $ 502,307.42 | $ 55,605.43 | $ 146,759.42 |
| 1987 | $ 398,338.00 | $ 143,381.25 | $ 541,719.25 | $ 64,789.62 | $ 158,734.57 |
| 1988 | $ 621,004.00 | $ 166,328.50 | $ 787,332.50 | $ 105,660.02 | $ 242,267.86 |
| 1989 | $ 1,279,270.31 | $ 127,202.28 | $ 1,406,472.59 | $ 201,828.82 | $ 430,480.68 |
| 1990 | $ 916,314.40 | $ 76,307.77 | $ 992,622.17 | $ 143,731.69 | $ 285,336.15 |
| 1991 | $ 900,136.00 | $ 242,355.98 | $ 1,142,491.98 | $ 160,405.87 | $ 298,627.62 |
| TOTAL | **$ 4,872,996.71** | **$ 936,234.16** | **$ 5,809,230.87** | **$ 777,089.69** | **$ 1,691,727.91** |

**NOTE: This inflationary adjustment is lower than the Department of Labor Consumer Price Index (CPI) increase over the same period of time. See E-2 and E-4 for rates used.**

SECTION III
PART C-2

**TABLE OF PROFIT PERCENTAGES 1985-91**
**BASED ON GAAP NET INCOME & DCAA's RECLASSIFICATIONS**

| YEAR | BASED ON GAAP INCOME: NEGOTIATED FIRM FIXED PRICE CONTRACTS | T&M CONTRACTS | CPFF CONTRACTS | SUBTOTAL | DCAA's RE-CLASSIFICATIONS TO NET INCOME | PROFIT $ | PROFIT % |
|---|---|---|---|---|---|---|---|
| 1985 REVENUE | $ 5,433,093.00 | $ 4,185,751.02 | $ 7,912,715.23 | $ 17,531,559.25 | | | |
| 1985 Profit | $ 651,971.16 | $ 565,076.39 | $ 593,453.64 | $ 1,810,501.19 | $ 393,296.00 | $ 2,203,797.19 | 10.33% |
| 1986 REVENUE | $ 9,867,509.74 | $ 844,160.45 | $ 13,334,748.81 | $ 24,046,419.00 | | | |
| 1986 Profit | $ 1,184,101.17 | $ 113,961.66 | $ 1,000,106.16 | $ 2,298,168.99 | $ 364,638.00 | $ 2,662,806.99 | 11.07% |
| 1987 REVENUE | $ 15,747,417.24 | $ 5,821,286.72 | $ 11,095,119.39 | $ 32,663,823.35 | | | |
| 1987 Profit | $ 1,889,690.07 | $ 785,873.71 | $ 832,133.95 | $ 3,507,697.73 | $ 398,338.00 | $ 3,906,035.73 | 11.96% |
| 1988 REVENUE | $ 18,173,686.56 | $ 12,174,590.54 | $ 13,442,803.26 | $ 43,791,080.36 | | | |
| 1988 Profit | $ 2,180,842.39 | $ 1,460,950.87 | $ 1,613,136.39 | $ 5,254,929.64 | $ 621,004.00 | $ 5,875,933.64 | 13.42% |
| 1989 REVENUE | $ 21,007,669.39 | $ 12,027,512.60 | $ 9,964,596.79 | $ 42,999,778.78 | | | |
| 1989 Profit | $ 2,520,920.33 | $ 1,623,714.20 | $ 747,344.76 | $ 4,891,979.29 | $ 1,279,270.00 | $ 6,171,249.29 | 14.35% |
| 1990 REVENUE | $ 12,126,916.33 | $ 10,959,799.12 | $ 7,271,099.70 | $ 30,357,815.16 | | | |
| 1990 Profit | $ 1,455,229.96 | $ 1,479,572.88 | $ 545,332.48 | $ 3,480,135.32 | $ 916,314.00 | $ 4,396,449.32 | 14.48% |
| 1991 REVENUE | $ 15,848,727.54 | $ 6,082,827.80 | $ 8,324,215.45 | $ 30,255,770.79 | | | |
| 1991 Profit | $ 1,901,847.30 | $ 821,181.75 | $ 624,316.16 | $ 3,347,345.22 | $ 900,136.00 | $ 4,247,481.22 | 14.04% |

## SECTION III

## PART D-1

### PAYMENTS FOR STATE TAX TO SHAREHOLDER based on ISN's GAAP INCOME

| YEAR | | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO GOVERNMENT CONTRACTS (See Part A) | | SUBTOTAL ISN's ADDITIONAL EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER (See Part B) | | STATE TAX PAYMENTS TO SHAREHOLDER FOR 1985-1991 |
|---|---|---|---|---|---|---|
| **1985** | $ | 42,988.95 | $ | 24,718.65 | $ | 67,707.60 |
| **1986** | $ | 137,669.42 | $ | 79,159.92 | $ | 216,829.34 |
| **1987** | $ | 143,381.25 | $ | 65,955.38 | $ | 209,336.63 |
| **1988** | $ | 166,328.50 | $ | 67,363.04 | $ | 233,691.54 |
| **1989** | $ | 127,202.28 | $ | 51,516.92 | $ | 178,719.21 |
| **1990** | $ | 76,307.77 | $ | 30,904.65 | $ | 107,212.42 |
| **1991** | $ | 242,355.98 | $ | 93,307.05 | $ | 335,663.04 |
| TOTAL | **$** | **936,234.16** | **$** | **412,925.61** | **$** | **1,349,159.76** |

**SECTION III**

**PART D-2**

## PROOF OF PAYMENT
## for STATE TAX REIMBURSEMENTS TO SHAREHOLDER
## on SHAREHOLDER'S W-2s AS DISTRIBUTION OF PROFITS

| YEAR | | SHAREHOLDER'S W-2 COMPENSATION (See Exhibits 90-97) | | STATE TAX AMOUNTS PAID AS DISTRIBUTION OF PROFITS, BY ISN TO SHAREHOLDER (See Part D-1) |
|---|---|---|---|---|
| **1985** | $ | 479,453.60 | $ | 67,707.60 |
| **1986** | $ | 512,711.04 | $ | 216,829.34 |
| **1987** | $ | 554,311.20 | $ | 209,336.63 |
| **1988** | $ | 878,777.36 | $ | 233,691.54 |
| **1989** | $ | 680,361.76 | $ | 178,719.21 |
| **1990** | $ | 710,295.84 | $ | 107,212.42 |
| **1991** | $ | 767,446.08 | $ | 335,663.04 |
| **TOTAL** | **$** | **4,583,356.88** | **$** | **1,349,159.76** |

**SECTION III**

**PART E-1**

**STATE TAX**
**WITH PROMPT PAYMENT ACT (PPA) INTEREST**

| YEAR | STATE TAX PAYMENTS TO SHAREHOLDER (See Part D-2) | CUMULATIVE INTEREST UNDER PPA UNTIL SEPT 1995 (See Part E-2) | PPA INTEREST AMOUNT THROUGH SEPT 1995 (See Note Below) | STATE TAX WITH PPA INTEREST |
|---|---|---|---|---|
| **1985** | $ 67,707.60 | 139.26% | $ 94,289.60 | $ 161,997.20 |
| **1986** | $ 216,829.34 | 115.80% | $ 251,088.38 | $ 467,917.71 |
| **1987** | $ 209,336.63 | 96.87% | $ 202,784.39 | $ 412,121.02 |
| **1988** | $ 233,691.54 | 81.16% | $ 189,664.05 | $ 423,355.59 |
| **1989** | $ 178,719.21 | 65.16% | $ 116,453.44 | $ 295,172.64 |
| **1990** | $ 107,212.42 | 50.39% | $ 54,024.34 | $ 161,236.76 |
| **1991** | $ 335,663.04 | 38.04% | $ 127,686.22 | $ 463,349.26 |
| **TOTAL** | **$ 1,349,159.76** | | **$ 1,035,990.41** | **$ 2,385,150.18** |

**Note: Additional one-time penalty of $5000 per invoice as per 5CFR Section 1311, to be added**

## SECTION III
## PART E-2

### PPA INTEREST PERCENTAGES*
### for amounts WITHHELD FROM ISN's FEDERAL GOVERNMENT INVOICES
### Over Fiscal Years 1985 -1995

| YEAR | | PUBLISHED TREASURY INTEREST RATE PER DCAA WEBSITE* (See Attached Rates from DCAA website) | CALCULATED 6 MONTH RATE | CUMULATIVE PPA INTEREST | AVERAGE OF TWO 6-MONTH PERIODS |
|---|---|---|---|---|---|
| 1985 | Jan - June | 12.125% | 6.0625% | **146.4771%** | 139.26% |
| | July - Dec | 10.375% | 5.1875% | 132.0489% | |
| 1986 | Jan - June | 9.750% | 4.8750% | 120.3674% | 115.80% |
| | July - Dec | 8.500% | 4.2500% | 111.2297% | |
| 1987 | Jan - June | 7.625% | 3.8125% | 101.2188% | 96.87% |
| | July - Dec | 8.875% | 4.4375% | 92.5164% | |
| 1988 | Jan - June | 9.375% | 4.6875% | 85.3372% | 81.16% |
| | July - Dec | 9.250% | 4.6250% | 76.9919% | |
| 1989 | Jan - June | 9.750% | 4.8750% | 68.9177% | 65.16% |
| | July - Dec | 9.125% | 4.5625% | 61.4118% | |
| 1990 | Jan - June | 8.500% | 4.2500% | 53.7620% | 50.39% |
| | July - Dec | 9.000% | 4.5000% | 47.0208% | |
| 1991 | Jan - June | 8.375% | 4.1875% | 40.9244% | 38.04% |
| | July - Dec | 8.500% | 4.2500% | 35.1647% | |
| 1992 | Jan - June | 6.875% | 3.4375% | 29.5600% | 27.38% |
| | July - Dec | 7.000% | 3.5000% | 25.1943% | |
| 1993 | Jan - June | 6.500% | 3.2500% | 20.9006% | 18.97% |
| | July - Dec | 5.625% | 2.8125% | 17.0448% | |
| 1994 | Jan - June | 5.500% | 2.7500% | 13.8062% | 12.27% |
| | July - Dec | 7.000% | 3.5000% | 10.7261% | |
| 1995 | Jan - June | 8.125% | 4.0625% | 6.9286% | 4.81% |
| | July - Dec | 6.375% | 1.0625% | 2.6858% | |

**SECTION III**

**PART E-3**

**STATE TAX CLAIM FOR 1985-1991**

**WITH PROMPT PAYMENT ACT (PPA) AND CONTRACT DISPUTE ACT (CDA) INTERESTS**

**PPA INTEREST FROM INCEPTION TO SEPT 1995; CDA INTEREST FROM SEPT 1995 TO JUNE 2003**

| YEAR | STATE TAX WITH PPA INTEREST THROUGH SEPT 1995 (See Part E-1) | INTEREST UNDER CDA THROUGH JUNE 2003 (See Part E-4) | CDA INTEREST AMOUNT | STATE TAX CLAIM INCLUDING PPA & CDA INTERESTS FOR 1985-1991 |
|---|---|---|---|---|
| 1985 | $ 161,997.20 | 48.13% | $ 77,969.25 | $ 239,966.45 |
| 1986 | $ 467,917.71 | 48.13% | $ 225,208.80 | $ 693,126.51 |
| 1987 | $ 412,121.02 | 48.13% | $ 198,353.84 | $ 610,474.86 |
| 1988 | $ 423,355.59 | 48.13% | $ 203,761.04 | $ 627,116.63 |
| 1989 | $ 295,172.64 | 48.13% | $ 142,066.59 | $ 437,239.24 |
| 1990 | $ 161,236.76 | 48.13% | $ 77,603.25 | $ 238,840.01 |
| 1991 | $ 463,349.26 | 48.13% | $ 223,010.00 | $ 686,359.25 |
| TOTAL | $ 2,385,150.18 | | $ 1,147,972.78 | $ 3,533,122.96 |

**SECTION III**

**PART E- 4**

**CALCULATION OF CDA INTEREST**

**for amounts withheld for state taxes**

**From Sept. 1995 (Date of CDA Claim) to June 2003**

| YEAR | MONTHS | PUBLISHED TREASURY ANNUAL INTEREST RATE | CALCULATED 6 MONTH RATE | CUMULATIVE CDA INTEREST |
|---|---|---|---|---|
| 1995 | Sept - Dec | 6.375% | 2.1250% | **48.1250%** |
| 1996 | Jan - June | 5.875% | 2.9375% | 46.0000% |
| | July - Dec | 7.000% | 3.5000% | 43.0625% |
| 1997 | Jan - June | 6.375% | 3.1875% | 39.5625% |
| | July - Dec | 6.750% | 3.3750% | 36.3750% |
| 1998 | Jan - June | 6.250% | 3.1250% | 33.0000% |
| | July - Dec | 6.000% | 3.0000% | 29.8750% |
| 1999 | Jan - June | 5.000% | 2.5000% | 26.8750% |
| | July - Dec | 6.500% | 3.2500% | 24.3750% |
| 2000 | Jan - June | 6.750% | 3.3750% | 21.1250% |
| | July - Dec | 7.250% | 3.6250% | 17.7500% |
| 2001 | Jan - June | 6.375% | 3.1875% | 14.1250% |
| | July - Dec | 5.875% | 2.9375% | 10.9375% |
| 2002 | Jan - June | 5.500% | 2.7500% | 8.0000% |
| | July - Dec | 5.250% | 2.6250% | 5.2500% |
| 2003 | Jan - June | 5.250% | 2.6250% | 2.6250% |

## SECTION III

## PART F

## SUMMARY
## TOTAL STATE TAX CLAIM FOR 1985-1991 WITH LOST PROFIT AMOUNTS

| YEAR | | STATE TAX CLAIM INCLUDING PPA & CDA INTERESTS FOR 1985-1991 (See Part E-3) | | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Part C-1) | | TOTAL STATE TAX CLAIM INCLUDING INTERESTS AND LOST PROFIT AMOUNTS 1985-1991 |
|---|---|---|---|---|---|---|
| **1985** | $ | 239,966.45 | $ | 129,521.60 | $ | 369,488.06 |
| **1986** | $ | 693,126.51 | $ | 146,759.42 | $ | 839,885.93 |
| **1987** | $ | 610,474.86 | $ | 158,734.57 | $ | 769,209.43 |
| **1988** | $ | 627,116.63 | $ | 242,267.86 | $ | 869,384.49 |
| **1989** | $ | 437,239.24 | $ | 430,480.68 | $ | 867,719.92 |
| **1990** | $ | 238,840.01 | $ | 285,336.15 | $ | 524,176.16 |
| **1991** | $ | 686,359.25 | $ | 298,627.62 | $ | 984,986.87 |
| TOTAL | **$** | **3,533,122.96** | **$** | **1,691,727.91** | **$** | **5,224,850.86** |

PLAINTIFF'S EXHIBIT D

## SECTION III
## PART A

## STATE TAX CLAIM (BASED ON GAAP NET INCOME) for GOVERNMENT RELATED CONTACTS (NEGOTIABLE FIXED PRICE CONTRACTS)

| YEAR | | GAAP NET INCOME (See Exhibits 125 Part 3, See Note 2 below) | | PRO-FORMA RETURNS EXCLUDING PERSONAL DEDUCTIONS (See Exhibits 141, 143, 145, 147 & 151) | FEDERAL GOVERNMENT PARTICIPATION (See Exhibit 174) | | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO FEDERAL GOVERNMENT CONTRACTS |
|---|---|---|---|---|---|---|---|
| 1992 | $ | 6,705,969 | $ | 526,731 | 39.95% | $ | 210,429.03 |
| 1993 | $ | 3,740,456 | $ | 293,642 | 26.38% | $ | 77,462.76 |
| 1994 | $ | 3,219,525 | $ | 252,697 | 39.74% | $ | 100,421.79 |
| 1995 | $ | 4,683,701 | $ | 367,781 | 22.66% | $ | 83,339.17 |
| 1999 | $ | 2,685,479 | $ | 210,721 | 5.89% | $ | 12,411.47 |
| **TOTAL** | **$** | **21,035,130** | **$** | **1,651,572** | | **$** | **484,064.22** |

**Note 1:** Proper matching of taxable income with the period that the income was derivied, requires usage of accural methodology i.e. GAAP income.

**Note 2:** Income is reconciled to taxable income on Form 1120S as required by IRS (See Exhibit 125, Part 3)

**SECTION III**

**PART B**
**ISN's ADDITIONAL EXPENDITURES**
**For payment of STATE TAXES BY SHAREHOLDER**
***Given to shareholder* AS DISTRIBUTION OF PROFITS, NOT AS A TAX-REIMBURSEMENT**

| | | ISN's INCREASED EXPENDITURES | | | | |
|---|---|---|---|---|---|---|
| YEAR | SHAREHOLDER'S STATE TAX LIABILITY FROM GOVERNMENT CONTRACTS (See Part A) | INCREASED TAXES FEDERAL % | INCREASED TAXES FEDERAL $ | INCREASED TAXES STATE % | INCREASED TAXES STATE $ | SUBTOTAL ISN's INCREASED EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER. |
| 1992 | $ 210,429.03 | 50.00% | $ 105,214.52 | 7.75% | $ 16,308.25 | $ 121,522.77 |
| 1993 | $ 77,462.76 | 50.00% | $ 38,731.38 | 8.00% | $ 6,197.02 | $ 44,928.40 |
| 1994 | $ 100,421.79 | 38.50% | $ 38,662.39 | 8.00% | $ 8,033.74 | $ 46,696.13 |
| 1995 | $ 83,339.17 | 33.00% | $ 27,501.93 | 8.00% | $ 6,667.13 | $ 34,169.06 |
| 1996 | $ 12,411.47 | 33.00% | $ 4,095.78 | 8.00% | $ 992.92 | $ 5,088.70 |
| 1999 | $ 12,411.47 | 33.00% | $ 4,095.78 | 7.89% | $ 979.26 | $ 5,075.05 |
| **TOTAL** | **$ 496,475.69** | | **$ 218,301.78** | | **$ 39,178.33** | **$ 257,480.11** |
| | | **Federal Tax Rates** **See Exhibits 208,209,210,213 & 214.** | | **State Tax Rates** **See Exhibit 215A** | | |

**SECTION III**

**PART C-1**

## LOSS OF PROFIT DUE TO STATE TAX DISALLOWANCES ON FEDERAL CONTRACTS
## DCAA's RECLASSIFIED AND DISALLOWED EXPENSES TO NET INCOME
## per DCAA AUDIT REPORTS

| YEAR | DCAA's RECLASSIFIED AMOUNTS TO NET INCOME (See Exhibits 53-55-57-59-61) | DISALLOWED STATE TAX AMOUNTS (See Part A) | SUBTOTAL RECLASSIFIED AND DISALLOWANCES | LOSS OF PROFITS ON FEDERAL CONTRACTS (For Profit % See Part C-2) | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Note Below) |
|---|---|---|---|---|---|
| 1992 | $ 843,270.00 | $ 210,429.03 | $ 1,053,699.03 | $ 149,625.26 | $ 262,607.30 |
| 1993 | $ 814,860.00 | $ 77,462.76 | $ 892,322.76 | $ 131,796.07 | $ 220,231.24 |
| 1994 | $ 703,896.00 | $ 100,421.79 | $ 804,317.79 | $ 101,022.31 | $ 162,039.79 |
| 1995 | $ 1,485,638.00 | $ 83,339.17 | $ 1,568,977.17 | $ 248,839.78 | $ 380,575.56 |
| 1999 | $ - | $ 12,411.47 | $ 12,411.47 | $ 1,354.09 | $ 1,800.94 |
| **TOTAL** | **$ 3,847,664.00** | **$ 484,064.22** | **$ 4,331,728.22** | **$ 632,637.52** | **$ 1,027,254.83** |

**NOTE: This inflationary adjustment is lower than the Department of Labor Consumer Price Index (CPI) increase over the same period of time. See E-2 and E-4 for rates used.**

**SECTION III**
**PART C-2**

**TABLE OF PROFIT PERCENTAGES 1992-2000**
**BASED ON GAAP NET INCOME & DCAA"s RECLASSIFICATIONS**

| | BASED ON GAAP NET INCOME | | | | | | |
|---|---|---|---|---|---|---|---|
| YEAR | NEGOTIATED FIRM FIXED PRICE CONTRACTS | T&M CONTRACTS | CPFF CONTRACTS | SUBTOTAL | DCAA's RECLASSIFICATION TO NET INCOME | PROFIT $ | PROFIT % |
| **1992 REVENUE** | $ 13,201,794.94 | $ 5,600,654.11 | $ 7,651,190.13 | $ 26,453,639.18 | | | |
| **1992 Profit** | $ 1,584,215.39 | $ 756,088.30 | $ 573,839.26 | $ 2,914,142.96 | $ 843,270.00 | $ 3,757,412.96 | 14.20% |
| **1993 REVENUE** | $ 7,491,102.55 | $ 7,809,460.42 | $ 6,858,887.47 | $ 22,159,450.44 | | | |
| **1993 Profit** | $ 898,932.31 | $ 1,054,277.16 | $ 514,416.56 | $ 2,467,626.02 | $ 804,860.00 | $ 3,272,486.02 | 14.77% |
| **1994 REVENUE** | $ 16,586,409.00 | $ 3,440,931.99 | $ 12,706,874.49 | $ 32,734,215.48 | | | |
| **1994 Profit** | $ 1,990,369.08 | $ 464,525.82 | $ 953,015.59 | $ 3,407,910.49 | $ 703,896.00 | $ 4,111,806.49 | 12.56% |
| **1995 REVENUE** | $ 8,661,539.49 | $ 4,346,623.23 | $ 12,552,243.74 | $ 25,560,406.46 | | | |
| **1995 Profit** | $ 1,039,384.74 | $ 586,794.14 | $ 941,418.28 | $ 2,567,597.16 | $ 1,485,638.00 | $ 4,053,235.16 | 15.86% |
| **1996 Revenue** | $ 3,156,898.51 | $ 4,917,453.36 | $ 12,403,646.01 | $ 20,477,997.88 | | | |
| **1996 Profit** | $ 378,827.82 | $ 663,856.20 | $ 930,273.45 | $ 1,972,957.48 | $ 425,296.00 | $ 2,398,253.48 | 11.71% |
| **1999 Revenue** | $ 1,392,329.76 | $ 253,953.98 | $ 638,179.94 | $ 2,284,463.68 | | | |
| **1999 Profit** | $ 167,079.57 | $ 34,283.79 | $ 47,863.50 | $ 249,226.85 | $ - | $ 249,226.85 | 10.91% |

**SECTION III**

**PART D-1**

**PAYMENTS FOR STATE TAX TO SHAREHOLDER**

**based on ISN's GAAP INCOME**

| YEAR | SUBTOTAL STATE TAX ON ISN INCOME AS RELATED TO GOVERNMENT CONTRACTS (See Part A) | SUBTOTAL ISN's ADDITIONAL EXPENDITURES FOR PAYMENT OF STATE TAX BY SHAREHOLDER (See Part B) | STATE TAX PAYMENTS TO SHAREHOLDER FOR 1992-1999 |
|---|---|---|---|
| **1992** | $ 210,429.03 | $ 121,522.77 | $ 331,951.80 |
| **1993** | $ 77,462.76 | $ 44,928.40 | $ 122,391.16 |
| **1994** | $ 100,421.79 | $ 46,696.13 | $ 147,117.92 |
| **1995** | $ 83,339.17 | $ 34,169.06 | $ 117,508.24 |
| **1996** | $ 12,411.47 | $ 5,088.70 | $ 17,500.17 |
| **1999** | $ 12,411.47 | $ 5,075.05 | $ 17,486.52 |
| **TOTAL** | **$ 496,475.69** | **$ 257,480.11** | **$ 753,955.80** |

**SECTION III**

**PART D-2**

**PROOF OF PAYMENT**
***for*** **STATE TAX REIMBURSEMENTS TO SHAREHOLDER**
**ON SHAREHOLDER'S W-2s AS DISTRIBUTION OF PROFITS**

| YEAR | SHAREHOLDER'S W-2 COMPENSATION (See Exhibits 167-173) See Note Below | STATE TAX AMOUNT PAID AS DISTRIBUTION OF PROFITS, BY ISN TO SHAREHOLDER (See Part D-1) |
|---|---|---|
| 1992 | $ 713,017.28 | $ 331,951.80 |
| 1993 | $ 711,000.34 | $ 122,391.16 |
| 1994 | $ 881,774.40 | $ 147,117.92 |
| 1995 | $ 1,478,861.29 | $ 117,508.24 |
| 1996 | | |
| 1999 | $ 136,535.84 | $ 17,486.52 |
| **TOTAL** | **$ 3,921,189.15** | **$ 736,455.63** |

**SECTION III**

**PART E-1**

**STATE TAX**

**WITH PROMPT PAYMENT ACT (PPA) INTEREST**

| YEAR | | STATE TAX PAYMENTS TO SHAREHOLDER (See Part D-1) | CUMULATIVE INTEREST UNDER PPA UNTIL SEPT 1995 (See Part E-2) | | PPA INTEREST AMOUNT THROUGH SEPT 1995 (See Note Below) | | STATE TAX WITH PPA INTEREST |
|---|---|---|---|---|---|---|---|
| **1992** | $ | 331,951.80 | 27.38% | $ | 90,888.40 | $ | 422,840.21 |
| **1993** | $ | 122,391.16 | 18.97% | $ | 23,217.60 | $ | 145,608.76 |
| **1994** | $ | 147,117.92 | 12.27% | $ | 18,051.37 | $ | 165,169.29 |
| **1995** | $ | 117,508.24 | 4.81% | $ | 5,652.15 | $ | 123,160.38 |
| **1999** | $ | 17,486.52 | 0.00% | $ | - | $ | 17,486.52 |
| **TOTAL** | **$** | **736,455.63** | | **$** | **137,809.52** | **$** | **874,265.15** |

**Note: Additional one-time penalty of $5000 per invoice as per 5CFR Section 1311.**

## SECTION III
## PART E-2

## ESTIMATE OF PPA INTEREST
### for amounts withheld from ISN Federal Government Invoices
### Over Fiscal Years 1985 -1995

| YEAR | | PUBLISHED TREASURY INTEREST RATE PER DCAA WEBSITE* (See Attached Rates from DCAA website) | CALCULATED 6 MONTH RATE | CUMULATIVE PPA INTEREST | AVERAGE |
|---|---|---|---|---|---|
| 1985 | Jan - June | 12.125% | 6.0625% | **146.4771%** | 139.26% |
| | July - Dec | 10.375% | 5.1875% | 132.0489% | |
| 1986 | Jan - June | 9.750% | 4.8750% | 120.3674% | 115.80% |
| | July - Dec | 8.500% | 4.2500% | 111.2297% | |
| 1987 | Jan - June | 7.625% | 3.8125% | 101.2188% | 96.87% |
| | July - Dec | 8.875% | 4.4375% | 92.5164% | |
| 1988 | Jan - June | 9.375% | 4.6875% | 85.3372% | 81.16% |
| | July - Dec | 9.250% | 4.6250% | 76.9919% | |
| 1989 | Jan - June | 9.750% | 4.8750% | 68.9177% | 65.16% |
| | July - Dec | 9.125% | 4.5625% | 61.4118% | |
| 1990 | Jan - June | 8.500% | 4.2500% | 53.7620% | 50.39% |
| | July - Dec | 9.000% | 4.5000% | 47.0208% | |
| 1991 | Jan - June | 8.375% | 4.1875% | 40.9244% | 38.04% |
| | July - Dec | 8.500% | 4.2500% | 35.1647% | |
| 1992 | Jan - June | 6.875% | 3.4375% | 29.5600% | 27.38% |
| | July - Dec | 7.000% | 3.5000% | 25.1943% | |
| 1993 | Jan - June | 6.500% | 3.2500% | 20.9006% | 18.97% |
| | July - Dec | 5.625% | 2.8125% | 17.0448% | |
| 1994 | Jan - June | 5.500% | 2.7500% | 13.8062% | 12.27% |
| | July - Dec | 7.000% | 3.5000% | 10.7261% | |
| 1995 | Jan - June | 8.125% | 4.0625% | 6.9286% | 4.81% |
| | July - Dec | 6.375% | 1.0625% | 2.6858% | |

* Link from www.dcaa.mil for cost of money

## SECTION III

## PART E-3

### STATE TAX CLAIM for 1992-2000
### WITH PROMPT PAYMENT ACT (PPA) AND CONTRACT DISPUTE ACT (CDA) INTERESTS
### PPA INTEREST FROM INCEPTION TO SEPT 1995; CDA INTEREST FROM SEPT 1995 TO JUNE 2003

| YEAR | STATE TAX WITH PPA INTEREST THROUGH SEPT 1995 (See Part E-1) | INTEREST UNDER CDA THROUGH JUNE 2003 (See Part E-3) | CDA INTEREST AMOUNT | TOTAL STATE TAX CLAIM INCLUDING PPA & CDA INTEREST FOR 1992-1999 |
|---|---|---|---|---|
| 1992 | $ 422,840.21 | 48.13% | $ 203,512.99 | $ 626,353.20 |
| 1993 | $ 145,608.76 | 48.13% | $ 70,081.50 | $ 215,690.26 |
| 1994 | $ 165,169.29 | 48.13% | $ 79,495.98 | $ 244,665.27 |
| 1995 | $ 123,160.38 | 48.13% | $ 59,277.09 | $ 182,437.47 |
| 1999 | $ 17,486.52 | 26.88% | $ 4,700.38 | $ 22,186.89 |
| TOTAL | $ 874,265.15 | | $ 417,067.93 | $ 1,291,333.09 |

## SECTION III
## PART E- 4

## CALCULATION OF CDA INTEREST
### for amounts withheld for state taxes
### From Sept. 1995 (Date of CDA Claim) to June 2003

| YEAR | MONTHS | PUBLISHED TREASURY ANNUAL INTEREST RATE | CALCULATED 6 MONTH RATE | CUMULATIVE CDA INTEREST |
|---|---|---|---|---|
| 1995 | Sept - Dec | 6.375% | 2.1250% | **48.1250%** |
| 1996 | Jan - June | 5.875% | 2.9375% | 46.0000% |
| | July - Dec | 7.000% | 3.5000% | 43.0625% |
| 1997 | Jan - June | 6.375% | 3.1875% | 39.5625% |
| | July - Dec | 6.750% | 3.3750% | 36.3750% |
| 1998 | Jan - June | 6.250% | 3.1250% | 33.0000% |
| | July - Dec | 6.000% | 3.0000% | 29.8750% |
| 1999 | Jan - June | 5.000% | 2.5000% | 26.8750% |
| | July - Dec | 6.500% | 3.2500% | 24.3750% |
| 2000 | Jan - June | 6.750% | 3.3750% | 21.1250% |
| | July - Dec | 7.250% | 3.6250% | 17.7500% |
| 2001 | Jan - June | 6.375% | 3.1875% | 14.1250% |
| | July - Dec | 5.875% | 2.9375% | 10.9375% |
| 2002 | Jan - June | 5.500% | 2.7500% | 8.0000% |
| | July - Dec | 5.250% | 2.6250% | 5.2500% |
| 2003 | Jan - June | 5.250% | 2.6250% | 2.6250% |

## SECTION III
## PART F

## SUMMARY
## TOTAL STATE TAX CLAIM FOR 1992-1999 WITH LOST PROFIT AMOUNTS

| YEAR | STATE TAX CLAIM INCLUDING PPA & CDA INTEREST FOR 1992-1999 (See Part E-3) | INFLATIONARY ADJUSTED LOSS OF PROFITS ON FEDERAL CONTRACTS (See Part C-1) | TOTAL STATE TAX CLAIM INCLUDING INTERESTS AND LOST PROFIT AMOUNTS 1992-1999 |
|---|---|---|---|
| 1992 | $ 626,353.20 | $ 262,607.30 | $ 888,960.50 |
| 1993 | $ 215,690.26 | $ 220,231.24 | $ 435,921.50 |
| 1994 | $ 244,665.27 | $ 162,039.79 | $ 406,705.06 |
| 1995 | $ 182,437.47 | $ 380,575.56 | $ 563,013.03 |
| 1999 | $ 22,186.89 | $ 1,800.94 | $ 23,987.83 |
| **TOTAL** | **$ 1,291,333.09** | **$ 1,027,254.83** | **$ 2,318,587.92** |