IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INFORMATION SYSTEMS & NETWORKS CORPORATION, Plaintiff,

v.

THE UNITED STATES, Defendant.

Case No. 03-1962C (Judge Block)

NOTICE OF FILING
NOTICE OF DIRECTLY-RELATED CASE
And MOTION TO TRANSFER

The Plaintiff, Information Systems & Networks Corporation, by its undersigned attorneys, hereby files the attached Notice of Directly-Related Case pursuant to RCFC 40.2(a)(3) as well as a Motion to Transfer pursuant to RCFC 42.1, the originals of which have been filed in the earliest-filed related case, Information Systems & Networks Corporation v. The United States, Case No. 98-663C (Judge Futey).

Dated: September 17, 2003

Respectfully submitted,

SINGER & ASSOCIATES, PC

By: /s/

NORMAN H. SINGER, Esquire
BENJAMIN M. KAHRL, Esquire
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400/(301) 469-0403 fax
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing "NOTICE OF FILING NOTICE OF DIRECTLY-RELATED CASE And MOTION TO TRANSFER" were delivered via Federal Express, prepaid, this 17th day of September to:

David B. Stinson, Esq.
Trial Attorney General
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

/s/

BENJAMIN M. KAHRL, Esquire

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.