IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INFORMATION SYSTEMS & NETWORKS CORPORATION, Plaintiff,

v.

THE UNITED STATES, Defendant.

No. 98-663C
(Judge Futey)

MOTION TO TRANSFER AND SUGGESTION FOR CONSOLIDATION

Comes now the Plaintiff, Information Systems & Networks Corporation, by its undersigned attorneys, and pursuant to RCFC 42.1(a) moves to consolidate into this action, the case of Information Systems & Networks Corporation v. The United States of America, Case No. 03-1962C (Judge Block)("the Related Case") and as grounds therefor states as follows:

1. This action involves the reimbursement of state income tax costs incurred by plaintiff's sole stockholder resulting from this Court's Decision of November 30, 2000. The damage portion of this case has been scheduled for trial pursuant to the Pretrial Conference for November 3-7, 2003.

2. During the pendency of this case, plaintiff asserted, inter alia, two elements of damage consisting of state income tax costs incurred on plaintiff's negotiated fixed-price government contracts and for loss of profit due to non-reimbursement of state income tax costs on a timely basis by defendant. In connection with the first issue, plaintiff filed a Motion in

Limine with the Court to present evidence on the negotiated fixed-price contract damage claim. The Motion was denied. With respect to the loss of profit claim, defendant claimed that plaintiff had failed to comply with the Contract Disputes Act before asserting the claim. Accordingly, both claims were withdrawn from this action.

3. On or about June 10 and 11, 2003, plaintiff filed a Contract Disputes Act claim for both the damages based on plaintiff's negotiated fixed-price contracts and its loss of profit claim. More than 60 days after submission of the claims, the cognizant Contracting Officer failed to issue a final decision. Accordingly, plaintiff filed the Related Case, Case No. 03-1962C.

4. Both this action and the Related Case involved common questions of law and fact. With the damage case scheduled to begin on November 3, 2003, consolidating the Related Case with this action would be an expeditious manner of conserving judicial resources regarding the Related Case.

5. Plaintiff claims that no discovery is required in connection with any of the issues raised in the Related Case.

WHEREFORE, the premises considered, plaintiff Information Systems and Networks Corporation requests that the Related Case be consolidated and transferred into this action.

Dated: September 16, 2003 Respectfully submitted,

SINGER & ASSOCIATES, PC

By: ____________________________
NORMAN H. SINGER, Esquire

10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400/(301) 469-0403 fax

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing "MOTION TO TRANSFER AND SUGGESTION FOR CONSOLIDATION" were delivered via Federal Express, prepaid, this 16th day of September to:

David B. Stinson, Esq.
Trial Attorney General
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

NORMAN H. SINGER, Esquire

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.