IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INFORMATION SYSTEMS & NETWORKS CORPORATION, Plaintiff,

v.

THE UNITED STATES, Defendant.

No. 98-663C (Judge Futey)

NOTICE OF DIRECTLY-RELATED CASE

Comes now the Plaintiff, Information Systems & Networks Corporation, by its undersigned attorneys, and pursuant to RCFC 40.2(a)(3), files this Notice of Directly-Related Case. The action in which this Notice is filed is directly-related to the following other case:

1. Information Systems & Networks Corporation v. The United States of America, Case No. 03-1962(C)(Judge Block) (the "Related Case").

2. The Related Case seeks a judgment for State Income Tax costs incurred on Plaintiff's negotiated fixed-price contracts as well as a judgment for loss of profit due to the non-reimbursement of state income tax costs to plaintiff when due. The Related Case involves the same parties and is based on the same or similar claims as this action concerning damages sought by plaintiff for reimbursement of state income tax costs.

3. An assignment of the Related Case to the Honorable Judge Futey including a consolidation of the Related Case into

this action is likely to conserve judicial resources and promote an efficient determination of the actions.

4. Pursuant to RCFC 40.2(a)(3), this Notice is accompanied by a Motion to Transfer and a Suggestion for Consolidation of the Related Case into this action pursuant to RCFC 42.1.

Dated: September 16, 2003

Respectfully submitted,

SINGER & ASSOCIATES, PC

By: ___________________________

NORMAN H. SINGER, Esquire
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400/(301) 469-0403 fax

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing "NOTICE OF DIRECTLY-RELATED CASE" were delivered via Federal Express, prepaid, this 16th day of September to:

David B. Stinson, Esq.
Trial Attorney General
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

_________________________________
NORMAN H. SINGER, Esquire

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.