IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS, CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1962C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including November 19, 2003, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed October 20, 2003. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Upon receipt of the complaint, defendant promptly sent a copy to the Defense Contract Management Agency ("DCMA") with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Counsel for DCMA has

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive

informed counsel for defendant that additional time is necessary for him to gather and review information necessary for preparation of the agency's litigation report and suggested response to the complaint. Completion of this task has been made more difficult because agency counsel, as well as counsel for defendant, is in the process of preparing for trial in a related case, Information Systems and Network Corp. v. United States, Fed. Cl. No. 98-663 (Judge Futey), that is scheduled to commence in Washington, D.C., on November 3, 2003.

The requested enlargement of time is required so that agency counsel may have sufficient time to obtain from DCMA employees the relevant information needed to prepare the requested litigation report and suggested response to the complaint, and to prepare and deliver to defendant's counsel the litigation report and suggested response to the complaint.

Once the litigation report is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from DCMA, and prepare and file the Government's response to the complaint.

---

department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick /by Bryant Snee
MARK A. MELNICK
Assistant Director

s/David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

GREGORY T. ALLEN
Trial Attorney

RAYMOND J.M. WONG
Trial Attorney
Defense Contract
Management Agency
Manassas, Virginia

October 14, 2003

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 14th day of OCTOBER 2003, I caused to be sent VIA United States mail (first-class, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

NORMAN H. SINGER
Singer & Associates
10411 Motor City Drive
Suite 725
Bethesda, Maryland 28017

s/David B. Stinson