IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS, CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1962C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 21 days, to and including December 10, 2003, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed November 19, 2003. This is defendant's second request for an enlargement of time for this purpose. The Court previously has granted us one enlargement of time of 30 days for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Since the filing of our previous request for an enlargement of time, and subsequent to participation last week in the trial of the related case, Information Systems and Network Corp. v. United States, Fed. Cl. No. 98-663 (Judge Futey), counsel for defendant and agency counsel have spent considerable time preparing a response to plaintiff's complaint. While counsel for defendant has completed a significant portion of the Government's response, additional time is necessary to complete our response.

In addition, counsel for defendant has conferred with counsel for plaintiff regarding plaintiff's complaint. Counsel for plaintiff has informed counsel for defendant that plaintiff is in the process of deciding whether to withdraw its complaint to allow the contracting officer sufficient time within which to issue a final decision in each of the claims currently pending before this Court.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

GREGORY T. ALLEN
Trial Attorney

RAYMOND J.M. WONG
Trial Attorney
Defense Contract
Management Agency
Manassas, Virginia

November 14, 2003

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 14th day of NOVEMBER 2003, I caused to be sent VIA United States mail (first-class, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

NORMAN H. SINGER
Singer & Associates
10411 Motor City Drive
Suite 725
Bethesda, Maryland 28017

s/ David B. Stinson