IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, Plaintiff, | ) | Case No. 03-1962C (Judge Block) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Information Systems & Networks Corporation, by its undersigned attorneys, hereby voluntarily dismisses this action without prejudice, pursuant to RCFC 41(a)(1)(i).

Dated: December 4, 2003

Respectfully submitted,

SINGER & ASSOCIATES, PC

By: s/ Norman H. Singer

NORMAN H. SINGER, Esquire
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400/(301) 469-0403 fax
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing "PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE" was delivered via electronic filing this 4th day of December 2003 to:

David B. Stinson, Esq.
Trial Attorney General
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

s/ Norman H. Singer
NORMAN H. SINGER, Esquire

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.